RECEIVED

'17 JUL 20 PM 4: 03

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
☐ Eastern (Jackson)   DIVISION
☐ Western (Memphis) DIVISION

| | |
|---|---|
| Sylvester Terry <br><br> Plaintiff, <br><br> vs.   Shelby County Goverment <br> Shelby County Fire Department <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

No. _____

**COMPLAINT**

1.   This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

☒   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
***NOTE:** In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 – 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592, the Civil Rights Act of 1991, Pub. L. No. 102 -166)
***NOTE:** In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

☒   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 – 12117 (amended by the ADA Amendments Acts of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 1102-166).
***NOTE:** In order to bring a suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

## JURISDICTION

2.   Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under Tennessee law.

## PARTIES

3.   Plaintiff resides at:

3636 Hermitage dr.
STREET ADDRESS

Shelby, Tennessee, 38116, (901) 481-5941
County     State     Zip Code     Telephone Number

4.   Defendant(s) resides at, or its business is located at:

County Attorney   160 North Main St. # 660
STREET ADDRESS

Shelby, Memphis, Tennessee, 38103.
County     City     State     Zip Code

NOTE: If more than one defendant, you must list the names, address of each additional defendant.

Kathryn Pascover, Shelby County Attorney
160 North Main St. # 660 Memphis, Tn 38103
Alvin Benson, Chief, Shelby County Fire Department
1075 Mullins Station Rd. Bldg "C" 2nd Floor memphis Tn 38134.

5.   The address at which I sought employment or was employed by the defendant(s) is:

Station 55 Engine 63 4602 Riverdale memphis, TN 38125

2

STREET ADDRESS

_Shelby_ , _Memphis_ , _Tennessee_ , _38125_ .
County       City       State       Zip Code

6. The discriminatory conduct of which I complain in this action includes *(check only those that apply)*

☐ Failure to hire

☐ Termination of my employment

☐ Failure to promote

☐ Failure to accommodate my disability

☒ Unequal terms and conditions of my employment

☒ Retaliation

☒ Other acts*(specify)*: _race, disability, Sex, wrongful Demotion, and wrongful Suspensions._

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

7. It is my best recollection that the alleged discriminatory acts occurred on:
_Demotion - 12/21/2019_
Date(s)

8. I believe that the defendant(s) *(check one)*:

☒ is still committing these acts against me.

☐ is not still committing these acts against me.

9. Defendant(s) discriminated against me based on my:
*(check only those that apply and state the basis for the discrimination. For example, if religious discrimination is alleged, state your religion. If racial discrimination is alleged, state your race, etc.)*

3

X   Race _African American / Black male. white female was treated better._

☐   Color_____

X   Gender/Sex _Black male, white Female given no displine to vage little_

☐   Religion_____

☐   National Origin_____

X   Disability _Discipline me because of disability (medical condition),_

☐   Age. If age is checked, answer the following:
I was born in_____. At the time(s) defendant(s) discriminated against me.

I was [ ] more [ ] less than 40 years old. *(check one)*

**NOTE:** *Only those grounds raised in the charge filed the Equal Employment Opportunity Commission can be considered by the federal district court.*

10.   The facts of my case are as follows: _Retaliation For filing EEOC charge 03/26/2014_

_Chief Seivwright gave LT. wright a white Female a much lessor pendry for the same type of infractions. A suspension of 24 hours Date 04/22/2015 was issued to Sylvester Terry. A suspension of 72 hours was issued to Sylvester Terry. I was made to serve consecutively my previous disciplines and was further demoted in October 2015 due (according to the Court) in part to medical/mental health issues which a psychologist determined that I (Mr. Terry) was in fact fit for duty. Chief Benson agreed that the psychologist's report was a factor in the decision to demote me._

*(Attach additional sheets as necessary)*

**NOTE:** *As additional support for your claim, you may attach to this complaint a copy of the*

4

*charge filed with the Equal Employment Opportunity Commission or the Tennessee Human Rights Commission.*

11.   It is my best recollection that I filed a charge with the Tennessee Human Rights Commission regarding defendant's alleged discriminatory conduct on:_____

12.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on:_____.

                                                                                                Date

Amended charge: No 490-2015-00045

**Only litigants alleging age discrimination must answer Question #13.**

13.   Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct. *(check one):*

☐   60 days or more have elapsed

☐   Less than 60 days have elapsed.

14.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Right to Sue Letter.

☒   has issued a Right to Sue letter, which I **received** on 04/24/24.17
                                                                                                Date

*NOTE:*   *This is the date you received the Right to Sue letter, not the date the Equal Employment Opportunity Commission issued the Right to Sue letter.*

15.   Attach a copy of the Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.

*NOTE: You must attach a copy of the right to sue letter from the Equal Employment Opportunity Commission.*

16.   I would like to have my case tried by a jury:

☐   Yes

☐   No

5

**WHEREFORE,** plaintiff prays that the Court grant the following relief:

☐    direct that the Defendant employ Plaintiff, or

☐    direct that Defendant re-employ Plaintiff, or

☐    direct that Defendant promote Plaintiff, or

☒    order other equitable or injunctive relief as follows: _adjust all files_

_to remove disphing factor, all employment benefits restored._

☒    direct that Defendant pay Plaintiff back pay in the amount of _owed_ _full amount_
and interest on back pay;

☒    direct that Defendant pay Plaintiff compensatory damages: Specify the
amount and basis for compensatory damages: _Max that the law_

_will allow._

_____
SIGNATURE OF PLAINTIFF

Date: _07/24/2017_

_3636 Hermitage dr._
Address

_Memphis, Tn 38116_

_(901) 481-5041_
Phone Number

6